UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHATCHIK HAIRABEDIAN d/b/a KRIS MOBIL,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL INSURANCE CO.,<br><br>Defendant. | Case No. 2:22-cv-00920-SB-MAA<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's separate Order Granting Defendant's Motion to Dismiss, Dkt. No. 15, it is:

ORDERED AND ADJUDGED that Plaintiff Khatchik Hairabedian d/b/a Kris' Mobil shall take nothing on its claims against Defendant Security National Insurance Company.  Plaintiff's claims are DISMISSED with prejudice.

This is a Final Judgment.

Dated:  March 10, 2022

Stanley Blumenfeld, Jr.
United States District Judge

1